# STATE OF MONTANA,
## Plaintiff and Appellee,

### v.

# JAMES PILLER,
## Defendant and Appellant.

No. DA 12-0742.
Argued June 25, 2014.
Submitted July 2, 2014.
Decided December 30, 2014.
Withdrawn February 10, 2015.
2014 MT 342.

This opinion has been withdrawn per Supreme Court Order dated February 10, 2015.  It has been amended and reissued at 378 Mont. 221.